FILED
SEP -1 PM 1:37

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 09 80 239 MISC

IN THE MATTER OF

VRW

Chandra Mariko MillerFienen - #225502

_____/

### ORDER TO SHOW CAUSE

It appearing that Chandra Mariko MillerFienen has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that she may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why she should not be suspended from practice before this Court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Chandra Mariko MillerFienen
Attorney at Law
510 Clemons Avenue
Madison, WI 53704